HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JUAN JOSE SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:14-cr-278 JAM |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| v. ) | |
| JUAN JOSE SANCHEZ, ) | DATE: April 7, 2015 |
| ) | TIME: 9:15 a.m. |
| Defendants. ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Douglas Beevers, attorney for defendant Juan Jose Sanchez, that the status conference hearing date of April 7, 2015 be vacated, and the matter be set for status conference on May 5, 2015 at 9:15 a.m.

The reason for this continuance is that defense counsel requires additional time to review recently produced discovery and to conduct further case investigation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 5, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

*Stipulation and [Proposed] Order to Continue Status Conference*     -1-

| | |
|---|---|
| Dated: April 3, 2015 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN JOSE SANCHEZ |
| Dated: April 3, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Douglas Beevers for*<br>KATHERINE LYDON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 7, 2015 status conference hearing be continued to May 5, 2015, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 5, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

| | |
|---|---|
| DATED: April 3, 2015 | /s/ John A. Mendez<br>HON. JOHN A. MENDEZ<br>United States District Court Judge |